UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
v. ) CRIM. NO. 13-CR-10276-MLW
)
)
Boseba Prum et al )
)

Motion to Remand

Now comes counsel and moves to remand Boseba Prum to the magistrate judge and withdraws requests for R. 11

THE DEFENDANT

By her Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Allowed

Wolf, D.J.

Aug 4, 2014